```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                      DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                              )
               Plaintiff,     )           8:05CR338
                              )
          v.                  )
                              )
GIBRAN ROJAS-HERRERA,         )             ORDER
                              )
               Defendant.     )
_____)
```

IT IS ORDERED that sentencing in this matter is rescheduled for:

**Monday, November 14, 2005, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 4th day of November, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court